IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Fleming Companies, Inc., et al.,[1] ) | Case No. 03-10945 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| | **Related to Docket No. 82 and April 21, 2003 Agenda Item No. 7** |

## CERTIFICATION OF COUNSEL REGARDING ORDER UNDER SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCAFEE & TAFT AS SPECIAL CORPORATE COUNSEL

**The undersigned hereby certifies that:**

1. Attached hereto is the proposed Order Under Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of McAfee & Taft as Special Corporate Counsel (the "Proposed Order") and a blackline thereof.

2. The Official Committee of Unsecured Creditors and the United States Trustee have approved the form of the Proposed Order. All objections to the relief granted in the Proposed Order have either been resolved or withdrawn.

---

[1] The Debtors are the following entities: Core-Mark International, Inc.; Fleming Companies, Inc.; ABCO Food Group, Inc.; ABCO Markets, Inc.; ABCO Realty Corp.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; Dunigan Fuels, Inc.; Favar Concepts, Ltd.; Fleming Foods Management Co., L.L.C., Fleming Foods of Texas, L.P.; Fleming International, Ltd.; Fleming Supermarkets of Florida, Inc.; Fleming Transportation Service, Inc.; Food 4 Less Beverage Company, Inc.; Fuelserv, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; Minter-Weisman Co.; Piggly Wiggly Company; Progressive Realty, Inc.; Rainbow Food Group, Inc.; Retail Investments, Inc.; Retail Supermarkets, Inc.; RFS Marketing Services, Inc.; and Richmar Foods, Inc.

28587-001\DOCS_DE:69467.1

3. The Debtors hereby request the Court enter the Proposed Order at the Court's earliest convenience.

Dated: April 22, 2003

    KIRKLAND & ELLIS
    James H. M. Sprayregen, P.C. (ARDC No. 6190206)
    Richard L. Wynne (CA Bar No. 120349)
    Bennett L. Spiegel (CA Bar No. 129558)
    Shirley Cho (CA Bar No. 192619)
    Marjon Ghasemi (CA Bar No. 211551)
    777 South Figueroa Street
    Los Angeles, CA 90017
    Telephone: (213) 680-8400
    Facsimile: (213) 680-8500

    and

    PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

    */s/ Scotta E. McFarland*
    Laura Davis Jones (Bar No. 2436)
    Ira D. Kharasch (CA Bar No. 109084)
    Scotta E. McFarland (Bar No. 4184)
    Christopher J. Lhulier (Bar No. 3850)
    919 North Market Street, 16th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705 (Courier No. 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    [Proposed] Counsel for the Debtors and Debtors in Possession