IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Scotta McFarland, hereby certify that on the 22nd day of April, 2003, I caused a copy of the following document to be served by facsimile on the individuals indicated on the attached service lists:

**CERTIFICATION OF COUNSEL REGARDING ORDER UNDER SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCAFEE & TAFT AS SPECIAL CORPORATE COUNSEL**

*/s/ Scotta McFarland*
Scotta E. McFarland (Bar No. 4184)

---

[1] The Debtors are the following entities: Core-Mark International, Inc.; Fleming Companies, Inc.; ABCO Food Group, Inc.; ABCO Markets, Inc.; ABCO Realty Corp.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; Dunigan Fuels, Inc.; Favar Concepts, Ltd.; Fleming Foods Management Co., L.L.C., Fleming Foods of Texas, L.P.; Fleming International, Ltd.; Fleming Supermarkets of Florida, Inc.; Fleming Transportation Service, Inc.; Food 4 Less Beverage Company, Inc.; Fuelserv, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; Minter-Weisman Co.; Piggly Wiggly Company; Progressive Realty, Inc.; Rainbow Food Group, Inc.; Retail Investments, Inc.; Retail Supermarkets, Inc.; RFS Marketing Services, Inc.; and Richmar Foods, Inc.

**Fleming Companies, Inc.** 2002 Service List
Case No. 03-10945
Document No. 67944
040 - Hand Delivery
121 - First Class Mail
006 - Overnight Mail
009 - Express Mail


(Counsel for Fleming Companies, Inc.)
Laura Davis Jones, Esquire
Chris J. Lhulier, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Interoffice Delivery – (LA office)*
(Counsel for Fleming Companies, Inc.)
Ira D. Kharasch, Eqsuire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
10100 Santa Monica Blvd., #1100
Los Angeles, CA 90067

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
917 King Street
Wilmington, DE 19801

*Hand Delivery*
(Office Of The United States Trustee)
Julie Compton, Esquire
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Debtors' Senior Secured Lenders and Deutsche Bank Trust Company Americas)
Scott D. Cousins, Esquire
William E. Chipman, Jr., Esquire
Greenberg Traurig LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Gold'n Plump Farms Limited Partnership LLP, SuperValu, Inc. and Dial Corporation)
Christopher S. Sontchi
Ricardo Palacio
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Majdecki Fds Sussex Albrecht Fds, Doll Fds, Inc., Daniels Sentry Janesville, Metcalfe Fds Waunakee, M & T Etrprises, Allison Fds, C&J Fds, Schneider Fds, Nemecek Mkts, RML Fds)
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Graf Crmery, Del Monte Fresh Produce, Simplot Co. Sunkist Grwrs, McCain Fds USA, Lobdell & Son, Richter Fds Lake Geneva, Daniels Sntry Whitewater, Richter Fds, Majdecki Fds, Muskego Marketplce Fds.)
Duane D. Werb, Esquire
300 Delaware Avenue
10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Brings Company, Wm. Bolthouse Farms, Calavo Growers, CDS Distributing,, C.M. Holtzinger Fruit Company, Davalan Sales, Denice & Filice Packing Co., and Evans Fruit Company.)
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to FRB Property Management, Seftar & Son Fds, T & C Foods, BKT Enterprises, Conrads, Prochnow Fds, Nemecek Fds, Richter Fds Burlington, Walders Sentry, Inc., R & M Markets, and T & J Fds, Inc)
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel Fleet Capital Leasing)
Regina A. Iorii
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to United Food and Commercial Workers Union)
Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
Heiman, Aber, Goldlust & Baker
702 King Street
Suite 600
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Transamerica Equipment Financial Services Corporation)
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Caito Food Services, Inc.)
William W. Erhart
William W. Erhart, P.A.
800 King Street St.
Suite 302
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Schwan Food Company, Schwan's Consumer Brands North America, Inc., Edwards Fine Foods, Inc., and Schwan's Food Servie, Inc.)
Carl N. Kunz, III, Esquire
Morris, Janes, Hitchens & Williams LLP
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Swedish Match North America Inc.)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Target Corporation)
William P. Bowden, Esquire
Joseph C. Handlon, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
(Counsel to EFS National Bank)
Kenneth E. Aaron, Esquire
Weir & Partners LLP
824 Market Street
Suite 1001
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Marigold Foods, LLC, Cream O'Weber Daily, LLC, H. Meyer Dairy, LLC, Milk Products, LP d/b/a Borden Dairy, Flav-O-Rich Daires, LLC, Velda Farms, LLC, Franklin Foods, Crowley Foods, LLC, Kemps Foods, LLC and Heluva Good LLC)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Kroger Co.)
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Joseph C. Handlon
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
(Counsel to DEC Investments, LLC, Shield Investment Company, LLC and Farmland National Beef Packing Company)
Selinda A. Melnik, Esquire
Buchanan Ingersoll, P.C.
Chase Manhattan Centre
1201 North Market Street
Suite 1501
Wilmington, DE 19801

*Hand Delivery*
(Counsel for XL Specialty Insurance Company)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel to The Prudential Insurance Company of America, Pan Pacific Retail Properties, Inc, Emerik Properties Corp., and National Retail Properties)
Tobey M. Daluz, Esquire
Jennifer A.L. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street
17th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Lancdon Ltd Parnership and Minnesota Mining And Manufacturing Company)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
The Corporate Plaza
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Gilco Enterprises)
Derek C. Abbott, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Di Giorgio Corp.)
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange Street
Suite 1001
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Ventura Foods, LLC)
Kevin Gross, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street
Suite 1401
Wilmington, DE 19899

*Hand Delivery*
(Counsel to McKesson Corporation)
William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel to New Plan Excel Realty Trust, Inc., Glenwood Shopping Plaza Associates, LP, Gibbstown Associates)
William M. Kelleher, Esquire
919 Market Street
17th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Pilgrim's Pride Corporation)
Jason W. Staib
Brian L. Colborn
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Del Monte Corporation)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Thomas F. James Realty Limited Partnership)
William A. Hazeltine, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Rebnec Nine, Inc.)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
300 Delaware Avenue
10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Columbus Waverly Square, LLC)
Bruce W. McCullough, Esquire
McCullough & McKenty, P.A.
824 Market Street
4th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Dawn Food Products, Inc.)
Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Blair Road Realty Co.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE 19801

*Hand Delivery*
(Proposed Co-Counsel to the Unsecured Creditors Committee)
David B. Stratton, Esquire
Pepper Hamilton, LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899

*Hand Delivery*
(Counsel to ExxonMobil Oil Corporation)
David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Albertson's, Inc.)
Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Frio Valley Farms, Inc.)
Aileen F. Maguire
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Winslow Center Partners)
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Jersey Cntrl Pwr And Lght Co.,
Metropolitan Edison Co.and PA Electric Co., First
Enrgy Co., Dominion East OH Gas, CenterPoint
Enrgy Resources Corp d/b/a CenterPnt Enrgy Arkla)
John D. Demmy
Stevens & Lee, P.C.
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

*Overnight Mail*
(Co-Counsel for the Debtors)
James H.M. Sprayregen, Esquire
Richard L. Wynne, Esquire
Shirley Cho, Esquire
Kirkland & Ellis
777 South Figueroa Street, 37th Floor
Los Angeles, CA 90012

*Overnight Delivery*
(Proposed Co-Counsel to the Unsecured
Creditors Committee)
Paul S. Aronzon, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
Los Angeles, California 90017

*Overnight Delivery*
(Counsel to Debtors' Senior Secured
Lenders and Deutsche Bank Trust Company
Americas)
Andrew P. DeNatale, Esquire
Daniel Ginsberg, Esquire
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

*Overnight Delivery*
(Proposed Co-Counsel to the Unsecured
Creditors Committee)
I. William Cohen, Esquire
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

*Overnight Delivery*
Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*Overnight Delivery*
(PACA Group, and parties in interest Doc#
39)
Lawrence H. Meuers, Esquire
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

*First Class Mail*
(Indenture Trustee-Bankers Trust (Deutsche Bank)
Calyan Das, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

*First Class Mail*
(Indenture Trustee to 5 1/4% Convertible Notes)
James Comeaux, Esquire
Bank One, N.A.
1111 Polaris Parkway
Suite 1-K, OH1-0181
Columbus, OH 43240

*First Class Mail*
(Counsel to Indenture Trustee to Manufacturers and Traders Trust Bonds)
Paul Groenwegen, Esquire
Hodgson & Russ LLP
3 City Square
Albany, NY 12207

*First Class Mail*
(Counsel to Gold'n Plump Farms Limited Partnership LLP)
Richard D. Anderson
Briggs and Morgan
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402

*First Class Mail*
(Counsel for CitiCapital Commercial Leasing Corporation)
William G. Wright, Esquire
Farr, Burke, Gambacorata & Wright, P.C.
211 Benigno Boulevard
Bellmawr, NJ 08099

*First Class Mail*
(Counsel for CitiCapital Commercial Leasing Corporation)
Kim A. Dennis, Asst. General Counsel
CitiCapital Commercial Legal Department
250 E. Carpenter Freeway
7 Decker
Irving, TX 75062

*First Class Mail*
(Counsel for JTI McDonald)
Ira L. Herman
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*First Class Mail*
(Counsel to del Monte Fresh Produce N.A., Inc. and J.R. Simplot Company)
Hartley B. Martyn, Esquire
Mark A. Amendola, Esquire
Martyn and Associates
820 Superior Avenye NW
10th Floor
Cleveland, OH 44113

*First Class Mail*
(Counsel to Sunkist Growers, Inc.)
Jefferey M. Chebot, Esquire
Whiteman, Bankes & Chebot, LLC
Suite 1300
Constitution Place
325 Chestnut Street
Philadelphia, PA 19106

*First Class Mail*
(Counsel to Conopco, Inc.)
Andrew C. Gold, Esquire
Holly G. Gydus, Esquire
Feinstein Herrick LLP
2 Park Avenue
New York, NY 10016

*First Class Mail*
(Counsel to Food Marketing Group, Inc.)
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

*First Class Mail*
(Counsel to United Food and Commercial Workers Union)
Babette Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

*First Class Mail*
(Counsel to Transamerica Equipment Financial Services Corporation)
Dan Rouse
Transamerica Equipment Financial Service Corporation
5080 Spectrum Drive
Suite 1100 West
Addison, TX 75001

*First Class Mail*
(Counsel to McCain Foods USA, Inc.)
Robert E. Sutcliffe, Esquire
Rudman & Winchell, LLC
The Graham Building
84 Harlow Street
Bangor, ME 04401

*First Class Mail*
(Counsel to The Prudential Insurance Company of America, Pan Pacific Retail Properties, Inc, Emerik Properties Corp., and National Retail Properties)
Katten Muchin Zavis Rosenman
Thomas J. Leanse
Brian D. Huben
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

*First Class Mail*
)
Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
14th Floor
New York, NY 10152

*First Class Mail*
)
Leah A. Hartman
CRT Capital Group LLC
262 Harbor Drive
Stamford, CT 06902

*First Class Mail*
(Counsel to Swedish Match North America Inc.)
Michael D. Mueller, Esquire
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219

*First Class Mail*
(Counsel to Produce Exchange, Inc. and General Produce Co.)
Daniel A. McDaniel
Nomellini, Grilli & McDaniel
Professional Law Corporations
235 East Weber Avenue
Stockton, CA 95201

*First Class Mail*
(Counsel to Hershey Food Corporation)
Morton R. Branzburg, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad Street
Suite 400
Philadelphia, PA 19102

*First Class Mail*
(Counsel to SuperValu, Inc.)
Kimberly J. Myrdahl
11840 Valley View Road
Eden Prairie, MN 55344

*First Class Mail*
(Counsel to The Dial Corporation)
Peter Rathwell, Esquire
Snell & Witmer
One Arizona Center
Phoenix, AZ 85004

*First Class Mail*
(Counsel to Minnesota Mining and
Manufacturing Company)
Michael F. McGarth, Esquire
Ravich Meyer Kirkman McGrath &
Nauman, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*First Class Mail*
(Counsel to The Schwan Food Company,
Schwan's Consumer Brands North America,
Inc., Edwards Fine Foods, Inc., and
Schwan's Food Servie, Inc.)
Monica L. Clark, Esquire
Dorsey & Whitney LLP
50 Sourth Sixth Street
Suite 1500
Minneapolis, MN 55402

*First Class Mail*
)
Nathan M. Fuchs
(SEC)
233 Broadway
New York, NY 10279

*First Class Mail*
(Counsel to Target Corporation)
Dennis M. Ryan, Esquire
James D. H. Loushin, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*First Class Mail*
(Counsel to EFS National Bank)
E. Franklin Childress, Jr., Esquire
Wyatt, Tarrant & Combs LLP
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120

*First Class Mail*
(Counsel to Sperling Massillon, LLC, SBW
Massillon, LLC, WMS Massillon, LLC, WC
Massillon, LLC and NSHE Sossaman, LLC)
Thomas E. Pitts, Jr., Esquire
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019

*First Class Mail*
(Debtors)
Fleming Companies, Inc.
1945 Lakepoint Drive
P.O. Box 299013
Lewisville, TX 75029

*First Class Mail*
)
Sara B. Eagle, Esquire
Pension Benefit Guaranty
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 2005

*First Class Mail*
(Counsel to Marigold oods, LLC, Cream
O'Weber Daily, LLC, H. Meyer Dairy,
LLC, Milk Products, LP d/b/a Borden Dairy,
Flav-O-Rich Daires, LLC, Velda Farms,
LLC, Franklin Foods, Crowley Foods, LLC,
and Kemps Foods, LLC)
Billy G. Leonard, Jr., Esquire
Strasburger & Price, LLC
901 Main Street, Suite 4300
Dallas, TX 75202

*First Class Mail*
(Counsel to parties in interest
Doc# 126)
Eric N. Mathison, Esquire
David I. Cisar, Esquire
von Briesen & Roper, s.c.
411 East Wisconsin Avenue
Suite 700
Milwaukee, WI 53201

*First Class Mail*
(Counsel for HSS Partners, LLC)
Arnold H. Landis
77 West Washington Street
Suite 702
Chicago, IL 60602

*First Class Mail*
(Counsel for 12 Church Associates, LLC)
Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene Genovese
& Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

*First Class Mail*
(Counsel for Vestcom International, Inc.)
Sharon L. Levine, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*First Class Mail*
(Counsel for XL Specialty Insurance
Company)
J. Michael Franks, Esquire
Thomas Pennington, Esquire
Michael E. Collins, Esquire
Manier & Herod, P.C.
One Nashville Place
Suite 2200
150 Fourth Avenue North
Nashville, TN 37219

*First Class Mail*
(Counsel to Miami Food Co. Investors LLC
and PRIM Fleming Warehouse, LLC)
James F. Wallack, Esquire
Christian J. Urbano, Esquire
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

*First Class Mail*
(Counsel to Sara Lee Corporation)
Maria Ellena Chavez-Ruark, Esquire
Richard M. Kremen, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, MD 21209

*First Class Mail*
(Counsel for Kellogg Company)
Michael D. Warner, Esquire
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

*First Class Mail*
(Counsel for Rebnec Nine, Inc.)
James D. Sheets, Esquire.
Randall L. Haen, Esquire
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W.
Washington, DE 20005

*First Class Mail*
(Counsel for Teamster Union Local 150)
Teamster Union Local 150
c/o Christian L. Raisner
Van Bourg, Weinberg, Roger & Rosenfeld
180 Grand Avenue
Suite 1400
Oakland, CA 94612

*First Class Mail*
(Counsel to Di Giorgio Corp.)
Neal M. Rosenbloom, Esquire
Finkel Goldstein Berzow
Rosenbloom & Nash, LLP
26 Broadway
Suite 711
New York, NY 10004

*First Class Mail*
(Counsel to Campbell Soup)
Linda Ellis, CCE
Campbell Soup Company
Campbell Place – Box SW4
Camden, NJ 08103

*First Class Mail*
(Counsel to New Plan Excel Realty Trust, Inc., Glenwood Shopping Plaza Associates, LP, Gibbstown Associates)
David L. Pollak, Esquire
Jeffrey Meyers, Esquire
Dean Waldt, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor – Mellon Bank Center
Philadelphia, PA 19103

*First Class Mail*
(Counsel for Bank One, N.A., as Indenture Trustee)
Harold L. Kaplan
Jeffrey M. Schwartz
Mark F. Hebbeln
Gardner Carton & Douglas LLC
191 North Wacker Drive
Suite 3700
Chicago, IL 60606

*First Class Mail*
(Counsel for Ventura Foods, LLC)
Leo T. Crowley, Esquire
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004

*First Class Mail*
(Counsel for Nickles Bakery Inc.)
Sam O. Simmerman, Esquire
Krugliak, Wilkins, Griffiths & Dougherty Co.
4775 Munson Street N.W.
Canton, OH 44735

*First Class Mail*
(Counsel for McKesson Corporation)
Ronald J. Silverman, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

*First Class Mail*
(Counsel for McKesson Corporation)
Mary DeNevi, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

*First Class Mail*
(Counsel to The Produce Exchange, Inc. and General Produce Co.)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*First Class Mail*
(Counsel for Pictsweet, Trinity Fruit Sales Co., Bay Area Produce, Paramount Export Co., D'Arrigo Bros. Of California)
Patricia J. Rynn, Esquire
Rynn & Janowsky, LLP
4100 Newport Place Drive
Suite 700
Newport Beach, CA 92660

*First Class Mail*
(Counsel for USF Logistics, USF Processors and USFreightways Corporation)
Charles P. Schulman
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor
Chicago, IL 60606

*First Class Mail*
(Counsel for DDB Limited Partnership)
William C. Hess
Hess, Dexter, Reinerston & Brunner S.C.
605 Scott St.
Wausau, WI 54402

*First Class Mail*
(Counsel for Gopher News Company)
Chris Lenhart, Esquire
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, Minnesota 55402

*First Class Mail*
(Counsel for GE Consumer Products)
David R. Mayo
Benesch Friedlander Coplan & Arnoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114

*First Class Mail*
)
Securities & Exchange Comm.
15th & Pennsylvania Ave, NW
Washington, DC 20020

*First Class Mail*
)
District Director
IRS
409 Silverside Road
Wilmington, DE 19809

*First Class Mail*
)
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
)
Securities & Exchange Comm
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

*First Class Mail*
(Counsel for McCormick & Company)
Mr. Austin Nooney
McCormick & Company, Inc.
211 Schilling Circle
Hunt Valley, MD 21031

*First Class Mail*
(Counsel for McCormick & Company)
Eric B. Miller
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD 21209

*First Class Mail*
(Counsel for McCormick & Company)
Daniel J. Carrigan
Piper Rudnick LLP
1200 19th Street, N.W.
Washington, D.C. 20036

*First Class Mail*
(Counsel for American Sugar Refining, Inc.
and Domino Foods, Inc.)
Gene B. Tarr, Esquire
Blanco Tackabery Combs & Matamoros, P.A.
110 S. Stratford Road
5th Floor
Winston-Salem, NC 27104

*First Class Mail*
(Counsel for Dawn Food Products, Inc.)
Wendy D. Brewer, Esquire
Barnes & Thornburg
11 South Meridian Street
Indianapolis, Indiana 46204

*First Class Mail*
(Counsel for Del Monte Corporation)
Daniel J. Shidlovsky, Esquire
Assistant General Counsel
Del Monte Corporation
1075 Progress Street
Dock H
Pittsburgh, PA 15212

*First Class Mail*
(Counsel for Kalil Bottling Company)
Lisa C. McLaughlin, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*First Class Mail*
(Counsel for Kalil Bottling Company)
Mark Rubin, Esquire
3900 East Broadway
Tuscon, AZ 85711

*First Class Mail*
(Counsel for J.D. Eatherly)
Ernest B. Williams, IV, Esquire
Victoria A. Ferraro, Esquire
401 Church Street
Suite 2600
L&C Tower
Nashville, TN 37219

*First Class Mail*
(Counsel for Emerald Lake, LLC and
Sanndrel of Pennsylvania, Inc.)
Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

*First Class Mail*
(Counsel for The James Skinner CO.)
The James Skinner Co.
c/o Steven J. Woolley, Esquire
Marks Clare & Richards, LLC
11605 Miracle Hills Drive
Suite 300
Omaha, NE 68154

*First Class Mail*
)
Riverside Claims
Attn: Neil Herskowitz
2109 Broadway
Suite 206
New York, NY 10023

*First Class Mail*
(Counsel to DEC Investments, LLC and Shield Investment Company, LLC)
Mark T. Benedict
Husch & Eppenberger, LLC
1200 Main Street
Suite 1700
Kansas City, MO 64105

*First Class*
(Counsel for Columbus Waverly Square, LLC)
I. Walton Bader, Esquire
Bader And Bader
65 Court Street
White Plains, NY 10601

*First Class Mail*
(Counsel for Single Source Transportation Co.)
Donald F. Neiman, Esquire
Jeffrey D. Goetz, Esquire
Bradshaw, Fowler, Proctor & Fairgrave, PC
801 Grand Avenue, Suite 3700
Des Moines, IA 50309

*First Class Mail*
(Counsel for Cypress/C Las Cruces I, L.P. and Cypress/FC The Colony I, L.P.)
Joseph A. Friedman
Kane, Russell, Coleman & Logan, P.C.
1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX 75201

*First Class Mail*
(Counsel for Blair Road Realty Co.)
John Adler, Esquire
Hellring Lindeman Goldstein & Siegal, LLP
One Gateway Center
Newark, NJ 07102

*First Class Mail*
(Counsel to Lennar Ptnrs, Lasalle Bnk National Ass., Frmrly Known as Lasalle National Bnk, Trustee for Rgstrd Hlders of Morgan Stanley Capital I, Series 1998-HF1 and Wells Fargo Bank MN.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Lennar Ptnrs, Lasalle Bnk National Ass., Frmrly Known as Lasalle National Bnk, Trustee for Rgstrd Hlders of Morgan Stanley Capital I, Series 1998-HF1 and Wells Fargo Bank MN.)
John W. Kozyak, Esquire
Kozyak Tropin & Throckmorton, P.A.
2800 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131

*First Class Mail*
(Counsel to The Quaker Oats Company)
David M. Neff
Brian A. Audette
Piper Rudnick
203 North LaSalle Street
Suite 1800
Chicago, IL 60601

*First Class Mail*
(Counsel to E-Z Mart Stores, Inc.)
Stan D. Smith
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AK 72201

*First Class Mail*
(Counsel to The City of Somerville)
Afshin Miraly, Esquire
Assistant City Solicitor
Law Department – City Hall
93 Highland Ave.
Somerville, MA 02143

*First Class Mail*
(Counsel to Rosemont Farms, Inc.)
Craig A. Stokes, Esquire
3 Bowood Ct
San, Antonio, TX 78218

*First Class Mail*
(Counsel for Dietz & Watson, Inc.)
Rudi R. Grueneberg, Esquire
704 East Main Street
Building "E"
Moorestown, NJ 08057

*First Class Mail*
(Counsel to Level Valley Creamery, Inc.)
Level Valley Creamery, Inc.
c/o Joshua A. Blakely
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53201

*First Class Mail*
)
James H. Taylor
Hamilton Beach/Proctor-Silex, Inc.
4421 Waterfront Drive
Glen Allen, VA 23060

*First Class Mail*
(Counsel to SAP America, Inc.)
Michael F. Schleigh, Esquire
360 Haddon Avenue
Westmont, NJ 08108

*First Class Mail*
(Counsel to Sargento Foods, Inc.)
Sargento Foods, Inc.
c/o Joshua A. Blakely
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53201

*First Class Mail*
)
Attn: Michael Shannon
Litigation Management
The Travelers Insurance Company
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183

*First Class Mail*
(Counsel to Gabriel Capital, L.P.)
Jerome M. Balsam
Authorized Agent
450 Park Avenue
Suite 3201
New York, NY 10022

*First Class Mail*
)
Aetna, Inc.
Jennifer Hollenberg/National Collections /
U14L
1425 Union Meeting Road
Blue Bell, PA 19422

*First Class Mail*
(Counsel to ExxonMobil Oil Corporation)
Stephen B. Selbst, Esquire
James M. Sullivan, Esquire
McDermott, Will & Emery
New York, NY 10020

*First Class Mail*
(Counsel to Albertson's, Inc.)
Paul E. Harner, Esquire
Ray C. Schrock, Esquire
Jones Day
77 West Wacker Drive
Chicago, IL 60601

*First Class Mail*
(Counsel to ExxonMobil Oil Corporation)
Reena Mohamedi
Counsel—Fuels Marketing
Exxon Mobil Corporation
3225 Gallows Road
Rm. 3D0206
Fairfax, VA 22037

*First Class Mail*
(Counsel for Bedros, Borinquen Plaza Ass., Clemens Mrkt, Frankford Candy & Chocolate Co., George Endrigian, Peter Endrigian, George's Dreshertown Shop & Bag, Landis Supermarket, Lbrty Food Store, and Marcho Farms)
Prince Altee Thomas, Esquire
ox Rothschild LLP
2000 Market Street
10th Floor
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Frio Valley Farms, Inc.)
Timothy N. Tuggey
Loeffler Jonas & Tuggey LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

*First Class Mail*
(Counsel to Superior Tomato-Avocado Co.)
David S. Gragg
Langley & Banack Incorporated
Trinity Plaza II
Ninth Floor
744 Eas Mulberry
San Antonio, TX 78212

*First Class Mail*
(Counsel to Gershman Properties, LLC and Harold Gershman Family Trust)
John P. Kreis
Law Offices Of John P. Kreis
515 South Flower Street
Suite 3500
Los Angeles, CA 90071

*First Class Mail*
(Counsel to Gershman Properties, LLC and Harold Gershman Family Trust)
Kenneth Schelberg
Schelberg & Ross
Kenneth Schelberg
1801 Century Park East
Suite 2400
Los Angeles, CA 90067

*First Class Mail*
)
Great American Foods Inc.
dba Pik-Nik Foods USA
5820 Stoneridge Mall Road
Suite 202
Pleasanton, CA 94588

*First Class Mail*
(Counsel to Jackson Capital)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*First Class Mail*
(Counsel to Jackson Capital)
Sherrie R. Savett, Esquire
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Rothmans, Benson & Hedges)
Benjamin C. Ackerly
Jesse N. Silverman
Hunton & Williams
Riverfront Plaza-East Tower
951 East Byrd Street
Richmond, VA 23219

*First Class Mail*
(Counsel for Winslow Center Partners)
Lisa S. Bonsall, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*First Class Mail*
(Counsel for Del Monte Fresh Produce Company)
Rodolfo Pittaluga, Jr., Esquire
Akerman Senterfitt
One Southeast Third Avenue
28th Floor
Miami, FL 33131

*First Class Mail*
(Counsel for Doane Pet Care Company
and Gallatin Square Company)
Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
414 Union Street
Suite 1600
Nashville, TN 37219

*First Class Mail*
(Counsel for Swift & Company)
Paul E. Heath
Michaela C. Crocker
Vinson & Elkins LLP
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

*First Class Mail*
(Counsel for IBM Credit LLC)
David Karchere
Special Handling Group
IBM Credit LLC
North Castle Drive
Armonk, NY 10504

*First Class Mail*
(Counsel for Turner Holdings LLC)
Charles T. Coleman
Wright, Lindsey & Jennings LLP
200 West Capitol Ave
Suite 2300
Little Rock, AK 72201

*First Class Mail*
(Counsel for Bldg. 7 Union Hills LLC)
Robert D. Almquist
Walter H. Gilbert
Almquist & Gilbert, P.C.
10245 E. Via Linda
Suite 106
Scottsdale, AZ 85258

*First Class Mail*
(Counsel for SLJ Realty LLC)
Joel M. Shafferman
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

*First Class Mail*
)
Bruce Martin
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

*First Class Mail*
(Counsel for Link Snacks)
Faye Knowles
Ryan T. Murphy
Fredrikson & Byron
4000 Pillsury Center
200 South Sixth Street
Minneapolis, MN 55402

*First Class Mail*
(Counsel for Just Born, Inc.)
Marla J. Melman, Esquire
Scoblionko, Scoblionko, Muir,
Bartholomew & Melman
40th South Fifth Street
Allentown, PA 18105

*First Class Mail*
(Counsel for CAM-I, LLC))
Paul M. Weiser, Esquire
Anderson, Brody, Levinson, Weiser & Horwitz, P.A.
4600 East Shea Boulevard
Suite 100
Phoenix, AZ 85028

*First Class Mail*
(Counsel for Ramco-Gershenson)
Ian I. Allen, Esquire
Ramco-Gershenson
27600 Northwestern Highway
Suite 200
Southfield, MI 48034

*First Class Mail*
(Counsel for Musco Family Olive Co.)
Amy E. Wallace, Esquire
Gray Cary Ware & Freidenrich, LLP
1755 Embarcadero Road
Palo Alto, CA 94303

*First Class Mail*
(Counsel for Telco Food Products, Inc.)
S. Daniel Harbottle, Esquire
John W. Hamilton, Jr., Esquire
Roger F. Friedman, Esquire
Rutan & Tucker, LLP
611 Anton Boulevard
Fourteenth Floor
Costa Mesa, CA 92626

*First Class Mail*
(Counsel for AEP Industries, Inc.)
Donald L. Kuba, Esquire
Warshaw Burstein Cohen
Schlesinger & Kuh, LLP
555 Fifth Avenue
New York, NY 10017

*First Class Mail*
(Counsel for McIlhenny Company)
Elizabeth J. Futrell
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLC
201 St. Charles Avenue
49th Floor
New Orleans, Louisiana 70170

*First Class Mail*
(Counsel for Jersey Cntrl Pwr And Lght Co., Metropolitan Edison Co. and PA Electric Co., First Enrgy Co., Dominion East OH Gas, CenterPnt Enrgy Resouces Corp d/b/a CenterPnt Energy Arkla)
Russell R. Johnson III, Esquire
3734 Byfield Place
Richmond, VA 23233

*Express Mail*
(Counsel for Swisher International, Inc.)
Jeffrey W. Warren, Esquire
Bush Ross Gardner Warren & Rudy, P.A.
P.O. Box 3913
Tampa, FL 33601

*Express Mail*
(Counsel for CHEP USA)
W. Glenn Jensen, Esquire
Akerman, Senteritt & Eidson, P.A.
Post Office Box 231
Orlando, FL 32802

*Express Mail*
(Counsel for Tax Apprsl Dist o Bell Cnty, Cnty of Brazos, Cnty of Denton, Longview I.S.D.t, Cnty of Henderson, City of Waco, Waco I.S.D.)
McCreary, Veselka, Bragg & Allen, P.C.
Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

*Express Mail*
(Counsel for The Texas Comptroller of Public Accounts)
Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

*Express Mail*
(Counsel for HoneyTree, Inc..)
Timothy J. Curtin, Esquire
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501

*Express Mail*
(Counsel for B & B Corporate Holdings, Inc.)
John A. Anthony, Esquire
Gray, Harris & Robinson, P.A.
Post Office Box 3324
Tampa, FL 33601

*Express Mail*
(Counsel for The Coca-Cola Company, Coca-Cola USA, Coca-Cola Fountain, and The Minute Maid Company)
Jeffrey G. Simmons
Counsel
The Coca-Cola Company
P.O. Box 105037
Atlanta, GA 30348

*Express Mail*
(Counsel for Harris County, Houston ISD, and City of Houston)
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253

*Express Mail*
)
Cathy Touchet
Office Administrator
P.O. Box 60757
Lafayette, LA 70596