IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: 82

## ORDER UNDER SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCAFEE & TAFT AS SPECIAL CORPORATE COUNSEL

Upon the application of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for Application Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of McAfee & Taft A Professional Corporation as Special Corporate Counsel for Debtors and Debtors in Possession (the "Application"), and upon the Affidavit of Louis J. Price, Esq., a shareholder of the Firm, in support thereof (the "Price Affidavit"); and the Court being satisfied based on the representations made in the Application and in the Price Affidavit that said attorneys represent no interest adverse to Debtors' estates with respect to the matters upon which they are to be engaged, and that the employment of

---

[1] The Debtors are the following entities: Fleming Companies, Inc., FCI Corporation, ABCO Food Group, Inc., ABCO Markets Inc., ABCO Realty Corp., Arizona Price Impact, L.L.C., Dunigan Fuels, Inc., Favar Concepts LTD., Fleming Foods Management Co., L.L.C., Fleming Foods of Texas, L.P., Fleming International Ltd., Fleming Supermarkets of Florida, Inc., Fleming Transportation Service, Inc., Food 4 Less Beverage Company, Inc., FuelServ, Inc., Minter-Weisman Co., Piggly Wiggly Company, Progressive Realty, Inc., Rainbow Food Group, Inc., Retail Investments, Inc., Retail Supermarkets, Inc., RFS Marketing Services, Inc., Richmar Foods, Inc., C/M Products, Inc., Marquise Ventures Company, Inc., Core-Mark International, Inc., ASI Office Automation, Inc., Core-Mark Interrelated Companies, Inc., Core-Mark Mid-Continent, Inc., Head Distributing Company and E.A. Morris Distributors, Ltd., of Washington.

28587-001\DOCS_DE:68159.1

McAfee & Taft A Professional Corporation as special corporate counsel is in the best interest of the estate,

IT IS ORDERED that the Debtors are authorized to employ McAfee & Taft A Professional Corporation to act as its special corporate counsel as set forth in the Application, as of the commencement of this Chapter 11 case, the extent, rate and amount of compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as the Court may hereinafter allow, pursuant to 11 U.S.C. §§ 330 and 331, on proper application thereof.

Dated: May 20, 2003

The Honorable Mary F. Walrath
United States Bankruptcy Judge